# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RONALD F. KINSEY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CLUBCORP HOLDINGS, INC., JOHN A. BECKERT, DOUGLAS H. BROOKS, ERIC L. AFFELDT, JANET GROVE, JEFF LAMB, LOU J. GRABOWSKY, EMANUEL R. PEARLMAN, MARGARET SPELLINGS, WILLIAM E. SULLIVAN, and SIMON M. TURNER, <br><br> Defendants. | **CASE NO. 2:17-cv-02198-RFB-PAL** <br><br> **PLAINTIFF'S CERTIFICATE REGARDING DISCLOSURE OF INTERESTED PARTIES** |

Pursuant to LR 7.1-1, the undersigned attorneys of record for Plaintiff certify that there are no known interested parties other than those participating in the case that have a direct, pecuniary interest in the outcome of this case.

Dated: August 22, 2017

**KEMP, JONES & COULTHARD LLP**

By: */s/ Michael J. Gayan*
Michael J. Gayan
Nevada Bar #11135
Wells Fargo Tower, 17th Floor
3800 Howard Hughes Parkway
Las Vegas, NV 89169
(702) 385-6000
*Attorneys for Plaintiff*

**OF COUNSEL:**

**LEVI & KORSINSKY LLP**
Donald J. Enright
Elizabeth K. Tripodi
1101 30th Street, N.W., Suite 115
Washington, DC 20007
(202) 524-4290

**VINCENT WONG LAW OFFICES**
Vincent S. Wong, Esq.
39 East Broadway, Suite 304
New York, NY 10002

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed and served **PLAINTIFF'S CERTIFICATE REGARDING DISCLOSURE OF INTERESTED PARTIES** in the above-referenced matter pursuant to the electronic case filing system (ECF) for the United States District Court for the District of Nevada. The ECF sent a "Notice of Electronic Filing" to the attorneys of record who have consented to accepting service via this method.

 /s/ Patty Pierson
An Employee of Kemp, Jones & Coulthard