# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RONALD F. KINSEY, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 2:17-cv-02198-RFB-PAL ) ) |
| CLUBCORP HOLDINGS, INC., JOHN A. BECKERT, DOUGLAS H. BROOKS, ERIC L. AFFELDT, JANET GROVE, JEFF LAMB, LOU J. GRABOWSKY, EMANUEL R. PEARLMAN, MARGARET SPELLINGS, WILLIAM E. SULLIVAN, and SIMON M. TURNER, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION CLOSING AND TERMINATING THE ACTION

WHEREAS, on October 25, 2017, the Court entered an order dismissing the claims asserted in the above-captioned action and retaining jurisdiction solely for considering any application for an award of attorneys' fees and expenses;

WHEREAS, the parties have reached agreement with respect to payment of attorneys' fees and expenses, in full satisfaction of any claims for the above Plaintiff's attorneys' fees or expenses;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a) that, there being no further issue for the Court to consider, the above-captioned action is closed and terminated. The Court no longer retains jurisdiction to consider any application for an award of attorneys' fees and expenses. This stipulation is self-effectuating under Rule 41(a), and no further Order of the Court is required.

Dated:  April 13, 2018

**KEMP, JONES & COULTHARD LLP**

By: */s/ Michael Gayan*
Michael J. Gayan
Nevada Bar #11135
Wells Fargo Tower, 17th Floor
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: (702) 385-6000

**OF COUNSEL:**
**LEVI & KORSINSKY LLP**

Donald J. Enright
Elizabeth K. Tripodi
1101 30th Street, N.W.
Suite 115
Washington, DC 20007
Telephone: (202) 524-4290

**VINCENT WONG LAW OFFICES**

Vincent S. Wong, Esq.
39 East Broadway, Suite 304
New York, NY 10002

*Counsel for Plaintiffs*


**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*/s/ Maximilien Fetaz*
KIRK B. LENHARD, ESQ.
Nevada Bar No. 1437
MAXIMILIEN D. FETAZ, ESQ.
Nevada Bar No. 12737
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101

**OF COUNSEL:**
**SIMPSON THACHER & BARTLETT LLP**

James G. Kreissman, Esq.
Stephen P. Blake, Esq.
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5153

*Counsel for Defendants*


## ORDER

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: September 12, 2018.